40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DAN L. INGHAM,  §<br>    Petitioner,  §<br>  §<br>v.  §<br>  §<br>GARY L. JOHNSON, DIRECTOR,  §<br>TEXAS DEPARTMENT OF CRIMINAL  §<br>JUSTICE, INSTITUTIONAL DIVISION,  §<br>    Respondent.  | CIVIL ACTION NO. B-99-206 |

## ORDER GRANTING RESPONDENT JOHNSON'S MOTION FOR SUMMARY JUDGEMENT

BEFORE the Court is Respondent Johnson's Motion for Summary Judgement, (Brief in Support, Docket No. 39). Petitioner failed to respond to said Motion. The Court at its own instance considered the issue on its merits and holds that Respondent Johnson's Motion for Summary Judgement is hereby GRANTED.

FURTHER, the granting of Respondent Johnson's Motion for Summary Judgement, hereby makes the following motions before the Court *moot*: Respondent's Motion to Alter Judgement (Docket No. 30-1), Respondent's Motion to Amend Judgement (Docket No. 30-2), Respondent's Amended Motion to Dismiss for Lack of Jurisdiction (Docket No. 31), Respondent's Unopposed Motion to Withdraw Motion to Alter or Amend Judgement and to Cancel Hearing (Docket No. 35), Respondent's Amended Motion to Alter Judgement (Docket No. 36-1), Respondent's Amended Motion to Amend Judgement (Docket No. 36-2).

SO ORDERED.

Signed on the 30th day of AUGUST, 2000 at Brownsville.

Filemon B. Vela
United States District Judge