44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DAN L. INGHAM, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. B-99-206 |
| | § | |
| GARY L. JOHNSON, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Institutional Division, | § | |
|     Respondent. | § | |

## ORDER GRANTING WITHDRAWAL OF COUNSEL FROM FURTHER OBLIGATIONS AND DENYING ALL OTHER RELIEF

BEFORE the Court is Petitioner Ingham's Motions for Relief From the Court's Order of August 30, 2000 (Docket No. 41) and Petitioner's Pro Se Motion for Leave to File Supplement in Support of Counsel's Motion for Relief From Court's Order of August 30, 2000 (Docket No 43). After review of said motions, the facts of this case, and relevant case law, it is the opinion of the Court that, with the exception of allowing the withdrawal of counsel from further obligation to Petitioner, all relief requested by the Petitioner is unsupported by any grounds upon which relief could be found and should be DENIED.

It is therefore, ORDERED, ADJUDGED, and DECREED that Petitioner's Counsel, Joseph Connors, III, Withdrawal form Further Obligations to Petitioner is hereby GRANTED.

It is further, ORDERED, ADJUDGED, and DECREED that all other relief sought by Petitioner in above said motions is hereby DENIED.

SIGNED this the 24th day of JANUARY, 2001, at Brownsville, Texas.

Honorable Filemon B. Vela
United States District Judge