45

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAN L. INGHAM,<br>  Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL NO. B-99-206 |
| GARY L. JOHNSON, DIRECTOR,<br>Texas Dept. Criminal Justice,<br>Institutional Division,<br>  Respondent. | §<br>§<br>§<br>§ | |

### PETITIONER'S PRO SE NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THE SAID COURT:

COMES NOW Dan L. Ingham, Petitioner **Pro Se** and, pursuant to Rules 4(a)(1)(A) and 4(c)(1), Fed.R.App.P., hereby gives this, his formal Notice of intent to appeal to the Fifth Circuit U.S. Court of Appeals from the Order of the United States District Court dated January 24, 2001, denying Petitioner's Motions for relief from the Court's order dated August 30, 2000. No live hearing was held in this matter, so no hearings transcript is available.

Respectfully Submitted,

*Dan L. Ingham*

Dan L. Ingham #309147
Petitioner/Appellant Pro Se
James V. Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367-6568

## CERTIFICATE OF SERVICE AND FILING

 This is to certify that the undersigned has on this __6th__ day of February, 2001, filed with the Clerk of the appropriate Court and served on opposing counsel the forgoing PETITIONER'S PRO SE NOTICE OF APPEAL by mailing same, via U.S. Mail, first-class postage prepaid, properly enveloped and deposited in the prison institution's internal mail system for outside mailing before the last day for filing, addressed to:

 Hon. Michall1 N. Milby, Clerk
 U.S. District Court
 Southern District of Texas
 Brownsville Division
 600 East Harrison St.
 Brownsville, Texas 78520-7114

and

 Hon. John Cornyn
 Texas Attorney General
 P.O. Box 12308, Capitol Station
 Austin, Texas 78711-2308

 I, the undersigned, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

 Executed on this __6th__ day of February, 2001.

*[signature: Dan L. Ingham]*
Dan L. Ingham
Petitioner/Appellant, Pro Se

ClibPDF - www.fastio.com