IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAN L. INGHAM, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-99-206 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT JOHNSON'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, hereinafter ("the Director") by and through his attorney, the Attorney General of Texas, and files this Respondent Johnson's First Motion for Extension of Time With Brief in Support.

**MOTION FOR EXTENSION OF TIME**

This is a habeas corpus case brought by a Texas state prisoner, Dan L. Ingham, hereinafter ("Ingham"), under 28 U.S.C. §§ 2241, 2254. The Director was ordered to respond on or before March 2, 2001.

The undersigned counsel has twenty-five pleadings due in the next sixty days, as well as a two-day evidentiary hearing which be the retrial of the punishment phase of an aggravated sexual assault of a child case. Additionally, this division is understaffed, and will continue to be so for the foreseeable future. Five lawyers have resigned in the last four months; a sixth resigned but was prevailed upon to return half-time. All the attorneys here are similarly overwhelmed. We are also short on support staff and cannot get things like routine filing. The undersigned counsel requests an additional sixty days in which to draft a responsive pleading in this case.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that this court grant his motion for extension of time.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
Second Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General for
Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*Attorney in Charge

_____
KARYL KRUG*
Assistant Attorney General
State Bar No. 00786033
S.D. Bar No. 23781

P. O. Box 12548, Capitol Station
Austin, Texas   78711
(512) 475-3724
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

2

## CERTIFICATE OF CONFERENCE

I, Karyl Krug, Assistant Attorney General of Texas, do hereby certify that Petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and that it is therefore not possible to confer with him by telephone. The Director presumes that he would oppose this motion.

_____
KARYL KRUG
Assistant Attorney General

## NOTICE OF SUBMISSION

TO: Dan L. Ingham, Petitioner, you are hereby notified that the undersigned attorney for Respondent will bring the foregoing Motion before the Court as soon as the business of the Court will permit.

_____
KARYL KRUG
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Karyl Krug, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Motion for Extension of Time has been served by placing same in the United States Mail, postage prepaid, on this the 1st day of March, 2001, addressed to:

Dan L. Ingham
TDCJ-ID No. 309147
Allred Unit
2102 FM 369 N
Iowa Park, Texas 76367-6568

_____
KARYL KRUG
Assistant Attorney General

3