48

**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**JUN 2 5 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **DAN INGHAM,** | § | |
| **Petitioner** | § | |
| **vs.** | § | **CIVIL ACTION No. B-99-206** |
| | § | |
| **GARY L. JOHNSON, DIRECTOR,** | § | |
| **TEXAS DEPARTMENT OF** | § | |
| **CRIMINAL JUSTICE,** | § | |
| **INSTITUTIONAL DIVISION,** | § | |
| **Respondent** | | |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

This Court granted Respondent's summary judgment and denied Petitioner's § 2254 Motion for Relief by order filed on the 30th day of August, 2000 (Docket No. 40). Petitioner then filed his Notice of Appeal (Docket No. 45) on the 9th of February, 2000. Rule 22(b) of the Federal Rules of Appellate Procedure requires that the District Judge rule on the issuance of a Certificate of Appealability upon the filing of a Notice of Appeal. An Applicant cannot take an appeal without a certificate.

The standard for such a certificate is set forth in 28 U.S.C § 2253. In order to issue the Certificate of Appealability (Docket No. 46), the Applicant must make a substantial showing of the denial of a constitutional right. In this Court's judgment, the Petitioner has failed to make such a showing and therefore the Certificate of Appealability is hereby DENIED. Further, Respondent Johnson's First Motion for Extension of Time with Brief in Support (Docket No. 47) is hereby DENIED.

It is so ORDERED.

SIGNED this 25 day of June , 2001 in Brownsville, Texas.

Filemon B. Vela
United States District Judge