IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 01-40176
USDC No. B-99-CV-206

DAN LEE INGHAM,

            Petitioner-Appellant,

versus

JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT
OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,

            Respondent-Appellee.

---

Appeal from the United States District Court
for the Southern District of Texas

---

O R D E R:

 Dan Lee Ingham, Texas prisoner #309147, moves for a certificate of appealability (COA) to appeal from the grant of summary judgment for the respondent in his habeas corpus action. Ingham contends that the prosecutor engaged in misconduct; that an allegedly defective jury instruction violated the Due Process Clause; that counsel was ineffective for failing to object to the improper admission of hearsay, to the introduction of extraneous-offense evidence, and to the allegedly defective instruction; that counsel was ineffective for failing to inform him adequately regarding his right to seek discretionary review by the Texas Court of Criminal Appeals; that he received ineffective assistance of federal habeas counsel; and that the district court

O R D E R
No. 01-40176
- 2 -

should have held an evidentiary hearing on his habeas corpus application.

A COA may issue "only if the applicant has made a 'substantial showing of the denial of a constitutional right.'" 28 U.S.C. § 2253(c)(2). This standard requires a showing "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Ingham has failed to make such a showing; accordingly, his COA motion is DENIED.

CARL E. STEWART
UNITED STATES CIRCUIT JUDGE

True copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By
Deputy  FEB 5 2002
New Orleans, Louisiana

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

February 5, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

FEB 0 8 2002

Michael N. Milby
Clerk of Court

No. 01-40176 Ingham v. Cockrell
       USDC No. B-99-CV-206

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 2 ) Volumes    ( 1 ) Envelope    (   ) Boxes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By Peter Conners, Deputy Clerk
504-310-7685

/pac
cc: w/encl:
    Mr Dan Lee Ingham
    Ms Karyl Krug

MDT-1